UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Kristopher J. Hibbeler<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:　19-20136<br><br>Chapter: 13<br>Honorable Janet S. Baer<br>Kane |

## ORDER DENYING CHAPTER 13 FEE APPLICATION

The fee application filed in the above-captioned case by the Debtor's attorney at Docket No. 33 is hereby denied without prejudice for the following reason(s):

☐ Paragraph 6 of the Form 2030 Disclosure of Compensation filed by the attorney carves out certain duties that are required under the Court-Approved Retention Agreement.

☐ There are discrepancies in the dollar figures in the documents.

☐ Actual signatures are missing on the Court-Approved Retention Agreement.

☐ The attorney failed to use the correct version of the Court-Approved Retention Agreement.

☐ Notice of the application is insufficient pursuant to Local Rule 5082-2D(1)(a) because the Creditor Meeting Notice attached to the application and served on all creditors does not disclose the amount of original compensation sought.

☒ Other: Form 2030 Disclosure of Compensation is not attached to the fee application as required for applications filed after August 23, 2019. (See Judge Baer's website for more information).

The Debtor's attorney may refile the fee application in the above-captioned case only if the attorney files amended documents correcting the error(s) outlined above.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: OCT 2 4 2019