UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 19-20136
Kristopher J Hibbeler )
)  Chapter: 13
)  Honorable Janet S. Baer
)
)
Debtor(s) )

**ORDER DISMISSING CASE FOR UNREASONABLE DELAY AND FAILURE TO MAKE PLAN PAYMENTS**

This matter coming on the Trustee's Motion to Dismiss, proper notice having been given, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED THAT:

The above-referenced case is dismissed pursuant to 11 U.S.C. section 1307 (c).

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: October 25, 2019

**Prepared by:**

Glenn Stearns Chapter 13 Trustee

801 Warrenville Road, Suite 650

Lisle, IL 60532-4350

(630-981-3888)